UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JON PAUL KEAN, #210913, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:16-cv-993 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| DEWAYNE BURTON, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

The Court has denied Jon Paul Kean's petition for habeas relief brought under 28

U.S.C. § 2254. As required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 22, 2019              /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge